In the Matter of the Arbitration between SOL HABIB et al., Individually and as Copartners Doing Business as TWIN FROCKS COMPANY, Appellants, and JOSEPH G. FATTELL, Doing Business as BERNEY FABRICS Co., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

ISABEL BISHOP, Appellant, v. WILLIAM BISHOP, Respondent.— Order, so far as appealed from, affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Shientag, J., dissents and votes to modify by increasing the permanent alimony to the sum of $50 per week.

MAX WERNER et al., Plaintiffs, and TILLIE WERNER, Respondent, v. ISIDORE WERNER et al., Appellants.— Order unanimously modified by precluding unless the particulars are furnished within twenty days of the date to be fixed in the order to be entered herein and, as so modified, affirmed, with $20 costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

VICTOR FERRANTELLE v. BERGDORF & GOODMAN COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 633.]

JOHN H. KROOSS, as Administrator with the Will Annexed of HERMAN KROOSS, Deceased, v. H. PETER MAUE, Individually and as Executor of FLORENCE K. MAUE, Deceased, et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. We did not pass upon whether defendants might apply at Special Term to amend the answer. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ. [See *ante,* p. 676.]

EUGENIA SILBERFELD, Appellant, v. SWISS BANK CORPORATION, Defendant and Third-Party Plaintiff-Respondent. HENRI PLESSNER, Third-Party Defendant-Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ. [See *ante,* p. 676.]

ALFRED C. VILLAGRAN v. EUGENIO VILLAR, Doing Business as VILLAR & OSORIO.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 647.]

ISAAC SHAPIRO v. MORRIS DANZIG.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 555.]